GLORIA DOOMES, Appellant, v BEST TRANSIT CORP. et al., Defendants, and WARRICK INDUSTRIES, INC., Doing Business as GOSHEN COACH, Respondent.

ANA JIMINIAN, Appellant, v BEST TRANSIT CORP. et al., Defendants, and WARRICK INDUSTRIES, INC., Doing Business as GOSHEN COACH, Respondent.

KELLI RIVERA, Appellant, v BEST TRANSIT CORP. et al., Defendants, and WARRICK INDUSTRIES, INC., Doing Business as GOSHEN COACH, Respondent.

Submitted February 28, 2011; decided March 24, 2011

Motion by American Bus Association, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

TAMMY D. JOHNSON et al., Appellants, v CITY OF NEW YORK et al., Respondents. (And Another Action.)

Submitted December 20, 2010; decided March 24, 2011

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 15 NY3d 676 (2010)].

In the Matter of the Arbitration between JOHNSON CITY PROFESSIONAL FIREFIGHTERS LOCAL 921 et al., Respondents, and VILLAGE OF JOHNSON CITY, Appellant. (And Another Proceeding.)

Submitted February 28, 2011; decided March 24, 2011

Motion by Professional Fire Fighters Association, I.A.F.F., AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.